Elizabeth M. Varela
HARRIS, GANNETT & VARELA, PLLC
3936 Avenue B, Suite D
Billings, MT 59102
Telephone: (406) 294-2000
Fax: (406) 294-2010
liz@hgvlawfirm.com

Attorneys for Plaintiff

CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2017 MAR 28 AM 8 00

FILED ①km
BY _____
DEPUTY

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
### YELLOWSTONE COUNTY

| | |
|---|---|
| MARILYN MARCHINEK, | Cause No. DV 17-0420 |
| Plaintiff, | Michael G. Moses |
| -vs- | COMPLAINT AND DEMAND FOR JURY TRIAL |
| SAFECO INSURANCE COMPANY, | 120/135425 |
| Defendant. | |

COMES NOW Marilyn Marchinek and for her claims for relief against defendant Safeco Insurance Company alleges as follows:

### JURISDICTION AND VENUE

1. Marilyn Marchinek owns a home located at 2507 Howard Avenue, Billings, Montana 59102.

2. Defendant Safeco Insurance Company is an insurance company licensed to do business in Montana. It is a member of the Liberty Mutual Group and has its principal place

EXHIBIT A-1

of business at 175 Berkeley Street, Boston, Massachusetts, 02116.

3. Jurisdiction and venue are proper in this Court.

## COUNT I: BREACH OF CONTRACT

4. Safeco issued Insurance Policy HOM-7030/EP R1 1/09 to Marilyn Marchinek. The Policy insured Ms. Marchinek for the damage to her home caused by a severe hail storm on May 21, 2016. The hail damage to Ms. Marchinek's roof, siding, windows, etc. was so extensive that they had to be replaced.

5. Safeco has breached its insurance contract with Ms. Marchinek by failing to pay her for the full cost of replacing the roof, siding, and windows. Under the terms of its Policy, Safeco owes Ms. Marchinek for the full replacement cost of the damage caused to her home by the hail storm, plus prejudgment interest on that amount.

## COUNT II: TORTIOUS BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEADLING

6. There is a special relationship between Ms. Marchinek and Safeco Insurance.

7. Safeco Insurance owed a duty of good faith and fair dealing to Ms. Marchinek.

8. Safeco breached its duty of good faith and fair dealing to Ms. Marchinek, causing her damages in an amount to be determined at trial.

WHEREFORE, having set forth its claims for relief against defendant Safeco Insurance Company, Ms. Marchinck prays:

1. That judgment be entered against the defendant and for plaintiff Marilyn Marchinek for all damages she is entitled to recover under Montana law;

*Marchinek v. Safeco Insurance Company*
Complaint and Demand for Jury Trial - Page 2

2. For Ms. Marchinek's attorney fees costs incurred herein; and

3. For such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff requests a trial by jury on all triable issues.

DATED this 27 day of March, 2017.

                HARRIS, GANNETT & VARELA, PLLC

                By _/s/ Varela_
                ELIZABETH M. VARELA
                3936 Avenue B, Suite D
                Billings, MT 59102
                Attorneys for Plaintiff