Elizabeth M. Varela
HARRIS, GANNETT & VARELA, PLLC
3936 Avenue B, Suite D
Billings, MT  59102
Telephone:  (406) 294-2000
Fax:     (406) 294-2010
liz@hgvlawfirm.com

Attorneys for Plaintiff

Brooke B. Murphy
Talia G. Loucks
MATOVICH, KELLER & MURPHY, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT 59101
Phone:  (406) 252-5500
*bmurphy@mkmfirm.com*
*tloucks@mkmfirm.com*

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| MARILYN MARCHINEK, )<br>)<br>　　　　　　Plaintiff, )<br>)<br>-vs- )<br>)<br>SAFECO INSURANCE COMPANY )<br>OF AMERICA, )<br>)<br>　　　　　　Defendant. ) | Cause No. CV 17-70-BLG-SPW-TJC<br><br>**STATEMENT OF STIPULATED FACTS** |

Pursuant to the Court's May 30, 2017 Order and Local Rule 16.2(b)(3), counsel for the parties have conferred and agreed to the following Statement of Stipulated Facts:

1. Marilyn Marchinek owns a home located at 2507 Howard Avenue, Billings, Montana 59102.

2. Safeco Insurance Company of America ("Safeco") is licensed to do business in the State of Montana.

3. Safeco's principal place of business is 175 Berkeley Street in Boston, Massachusetts.

4. Safeco is a Liberty Mutual Company.

5. Safeco issued Policy No. OM2546915 to Ms. Marchinek.

6. Policy No. OM2546915 was in effect on May 21, 2016.

7. The severe hail storm on May 21, 2016 caused damage to Ms. Marchinek's home, including damage to the siding, windows, and roof, etc.

DATED this 19th day of July, 2017.

                          HARRIS, GANNETT & VARELA, PLLC

                          By /s/ Elizabeth M. Varela
                              ELIZABETH M. VARELA
                              3935 Avenue B, Suite D
                              Billings, MT 59102
                          Attorneys for Plaintiff

       MATOVICH, KELLER & MURPHY, P.C.


     By /s/  Brooke B. Murphy
      BROOKE B. MURPHY
      P.O. Box 1098
      Billings, MT  59103-1098
    Attorneys for Defendant