Brooke B. Murphy
Talia G. Loucks
MATOVICH, KELLER & MURPHY, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT 59101
Phone: (406) 252-5500
bmurphy@mkmfirm.com
tloucks@mkmfirm.com

Attorneys for Defendant Safeco Ins. Co. of America

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLING DIVISION

| MARILYN MARCHINEK,<br><br>Plaintiff,<br><br>- v -<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Cause No.: CV 17-070-BLG-SPW-TJC<br><br><br><br>**DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S RULE 56 MOTION FOR SUMMARY JUDGMENT** |
|---|---|

COMES NOW Defendant Safeco Insurance Company of America ("Safeco"), by and through its counsel of record, Matovich, Keller & Murphy, P.C., and hereby files this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. The basis for Defendant Safeco's Motion for Summary Judgment is set forth in its Brief in Support of Motion for Summary Judgment, filed concurrently herewith.

Counsel for Plaintiff has been contacted pursuant to L.R. 7.1(c)(1) and opposes this motion.

DATED this 21ˢᵗ day of August, 2017.

                        **MATOVICH, KELLER, & MURPHY, P.C.**

                    By:    /s/ Talia G. Loucks
                               Brooke B. Murphy
                               Talia G. Loucks
                               Matovich, Keller & Murphy, P.C.

                               *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2017, a copy of the foregoing was served on the following persons by the following means:

| | | | |
|---|---|---|---|
| 1, 2 | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _____ | Mail | _____ | Overnight Delivery Service |

**1.     Clerk, U.S. District Court**

**2.     Attorneys for Plaintiff**

   Elizabeth M. Varela
   Harris, Gannett & Varela, PLLC
   3936 Avenue B, Suite D
   Billings, MT 59102

   **MATOVICH, KELLER & MURPHY P.C.**


   By:   /s/ Talia G. Loucks
         Brooke B. Murphy
         Talia G. Loucks
         Matovich, Keller & Murphy, P.C.

         *Attorneys for Defendant*