Brooke B. Murphy
Talia G. Damrow
MATOVICH, KELLER & MURPHY, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT 59101
Phone:  (406) 252-5500
*bmurphy@mkmfirm.com*
*tdamrow@mkmfirm.com*

Attorneys for Defendant Safeco Ins. Co. of America

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLING DIVISION**

| | |
|---|---|
| MARILYN MARCHINEK,<br><br>Plaintiff,<br><br>- v -<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Cause No.: CV 17-070-BLG-SPW-TJC<br><br>**DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S NOTE OF ISSUE** |

Notice is hereby given that Defendant Safeco Insurance Company of America's ("Safeco") Motion for Summary Judgment has been fully briefed and is ready for ruling by the Court.

On August 21, 2017, Safeco filed a Motion for Summary Judgment and supporting Brief pursuant to Fed. R. Civ. P. 56.  Plaintiff filed her Response Brief in Opposition to Safeco's Motion on September 14, 2017.  Safeco filed its Reply Brief in Support of its Motion on September 28, 2017.

The matter is ripe for decision.  Therefore, Safeco respectfully requests a ruling on its Motion.

DATED this 14th day of November, 2017.

**MATOVICH, KELLER, & MURPHY, P.C.**

By: /s/ Talia G. Damrow
Brooke B. Murphy
Talia G. Damrow
Matovich, Keller & Murphy, P.C.

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2017, a copy of the foregoing was served on the following persons by the following means:

| 1, 2 | CM/ECF | | Fax |
| --- | --- | --- | --- |
| | Hand Delivery | | E-Mail |
| | Mail | | Overnight Delivery Service |

**1.  Clerk, U.S. District Court**

**2.  Attorneys for Plaintiff**

> Elizabeth M. Varela
> Harris, Gannett & Varela, PLLC
> 3936 Avenue B, Suite D
> Billings, MT 59102

**MATOVICH, KELLER & MURPHY P.C.**

By:  /s/ Talia G. Damrow
Brooke B. Murphy
Talia G. Damrow
Matovich, Keller & Murphy, P.C.

*Attorneys for Defendant*