IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARILYN MARCHINEK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | CV 17-70-BLG-SPW-TJC<br><br>**ORDER** |

　　　　Pending before the Court is defendant Safeco Insurance Company of America's Rule 56 Motion for Summary Judgment. (Doc. 19.) The Court believes it will benefit from oral argument on this motion. *See* L.R. 7.1(e). Accordingly,

　　　　IT IS ORDERED that counsel for the parties shall appear before the Court on **Thursday, January 18, 2018, at 2:30 p.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana, to participate in oral argument with respect to the pending Motion and associated briefing. (*See* Docs. 19-24.)

　　　　The parties should come prepared to discuss the application of the "appraisal" clause and the "no action" clause to Plaintiff's non-contract claims. (*See* Doc. 21-2 at ¶¶ 7 and 8.)

//

//

1

DATED this 3rd day of January, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge