IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARILYN MARCHINEK, <br><br> Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | CV 17-70-BLG-SPW-TJC <br><br> **ORDER** |

Before the Court is plaintiff Marilyn Marchinek's Unopposed Motion to Lift Stay on Proceedings and Request for Scheduling Conference (Doc. 29), which requests, *inter alia*, that the Court lift the stay pending resolution of the appraisal process that was implemented by way of Judge Watters' February 16, 2018, Order Adopting Magistrate's Findings and Recommendations. (Doc. 33; *see also* Doc. 32.) Plaintiff's motion being unopposed,

IT IS ORDERED that the motion is **GRANTED**. The stay is hereby lifted.

IT IS FURTHER ORDERED that the Court will conduct a telephonic status conference on **Thursday, April 5, 2018, at 11:00 a.m.** Counsel must follow these steps to use the Court's conferencing system:

    a.    Dial 1-877-848-7030
    b.    Enter Access Code 5492555 #
    c.    Press #

1

      d.     State your name at the tone.

Additionally, on or before **March 29, 2018**, the parties shall file with the Court an amended joint discovery plan. (*See* Docs. 4, 12.)

DATED this 19th day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge