IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
SEP - 6 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| MARILYN MARCHINEK,<br><br>        Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY<br>OF AMERICA,<br><br>        Defendant. | CV 17-70-BLG-SPW<br><br>ORDER |

The Court having been notified of the settlement of this case (Doc. 45), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 6th day of September, 2018.

SUSAN P. WATTERS
United States District Judge