FILED

SEP 26 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARILYN MARCHINEK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY<br>OF AMERICA,<br><br>　　　　　Defendant. | CV 17-70-BLG-SPW-TJC<br><br>ORDER |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 47), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 25th day of September, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1